# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LAR SUPPLY USA, CORP.,

    Plaintiff(s),

vs.

WAGERING EFLOOR SLOTS LOTTERY TECHNOLOGY, KATE BLANCATO, *et al.*

    Defendant(s).

Case No. 2:08-cv-1493-RLH-RJJ

**O R D E R**
(Motion for Stay–#36)

    Before the Court is the Plaintiff's Request for Stay of Action Until Final Disposition of Defendant Katharina Blancato's Bankruptcy Proceeding (#36, filed June 4, 2010). No opposition to the motion has been filed.

    Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a motion constitutes a consent that the motion be granted. *Abbott v. United Venture Capitol, Inc.* 718 F.Supp. 828, 831 (D. Nev. 1989). It has been said these local rules, no less than the federal rules or acts of Congress, have the force of law. *United States v. Hvass*, 355 U.S. 570, 574-575 (1958); *Weil v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995). The United States Supreme Court itself has upheld the dismissal of a matter for failure to respond under the local court rules. *Black Unity League of Kentucky v. Miller*, 394 U.S. 100, 89 S. Ct. 766 (1969).

    Accordingly, the Court will grant the motion, but not for the indefinite period of time sought. Plaintiff indicates it thinks the Bankruptcy Court will dismiss Kate Blancato's bankruptcy within a few months. The Court does not know whether "a few" is two or three, or the biblical "few" of eight.

IT IS THEREFORE ORDERED that Plaintiff's Request for Stay of Action Until Final Disposition of Defendant Katharina Blancato's Bankruptcy Proceeding (#36) is granted.

IT IS FURTHER ORDERED that the Court will stay this action for a period of four months. If there is no notification of the dismissal of Kate Blancato's bankruptcy by that time, the case will be administratively closed until further request of Plaintiff to reopen the matter to pursue other defendants.

Dated: August 5, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**