# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LAR SUPPLY USA, CORP., | ) | |
| Plaintiff(s), | ) | 2:08-cv-01493-RLH-RJJ |
| vs. | ) | **O R D E R** |
| | ) | (Administrative Closure) |
| WAGERING EFLOOR SLOTS LOTTERY TECHNOLOGY, KATE BLANCATO, *et al.*, | ) | |
| Defendant(s). | ) | |

The Court issued an Order (#37, filed August 5, 2010) staying the above action for a period of four months and if no notification of the dismissal of Kate Blancato's bankruptcy by that time, the case would be administratively closed.

IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened if necessary.

Dated:   January 4, 2011.

_____
**Roger L. Hunt**
**Chief United States District Judge**